FILED
CHARLOTTE, NC

SEP 0 4 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Carroll Murray, Plaintiff,                    )
v.                                            )
Experian Information Solutions, Inc., Defendant.    )    Civil Action No: 3:25-CV-668-GCM

# COMPLAINT AND JURY DEMAND

## I. JURISDICTION AND VENUE

1. This action arises under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 et seq., the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., and the Truth in Lending Act ("TILA"), 15 U.S.C. §1601 et seq.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 (federal question jurisdiction).

3. Venue is proper in this District under 28 U.S.C. §1391 because Defendant conducts substantial business in this District and Plaintiff resides in Mecklenburg County, North Carolina, where the events giving rise to this action occurred.

## II. PARTIES

4. Plaintiff Carroll Murray is a natural person residing at 8728 Hazelcroft Lane, Charlotte, NC 28269, and is a "consumer" as defined by 15 U.S.C. §1681a(c).

5. Defendant Experian Information Solutions, Inc. is a consumer reporting agency headquartered at 475 Anton Blvd., Costa Mesa, CA 92626, authorized to do business in North Carolina.

## III. STATEMENT OF FACTS

6. Plaintiff obtained a consumer report from Experian containing inaccurate and incomplete information.

7. On multiple occasions, Plaintiff disputed the inaccurate and incomplete information with Experian, providing supporting documentation.

8. Plaintiff sent these disputes via certified mail; receipts and tracking confirmations are attached as Exhibit B.

9. Experian failed to conduct a lawful and reasonable reinvestigation as required by 15 U.S.C. §1681i.

10. Experian verified or reinserted inaccurate information despite lacking sufficient evidence to do so.

11. As a result, Experian continued to publish and disseminate inaccurate information about Plaintiff to third parties.

12. Plaintiff suffered damages, including denial of credit, higher interest rates, loss of financial opportunities, and emotional distress.

## IV. CAUSES OF ACTION

Count I – Violations of the Fair Credit Reporting Act (15 U.S.C. §1681)

13. Plaintiff re-alleges and incorporates paragraphs 1–12 as if fully set forth herein.

14. Experian failed to follow reasonable procedures to assure maximum possible accuracy of information in Plaintiff's consumer report, in violation of §1681e(b).

15. Experian failed to conduct a reasonable reinvestigation of Plaintiff's disputes, in violation of §1681i.

Count II – Violations of the Fair Debt Collection Practices Act (15 U.S.C. §1692)

16. Plaintiff re-alleges and incorporates paragraphs 1–15.

17. Experian participated in the communication of false credit information in connection with the collection of debts, in violation of the FDCPA.

Count III – Violations of the Truth in Lending Act (15 U.S.C. §1601)

18. Plaintiff re-alleges and incorporates paragraphs 1–17.

19. Experian, in reporting inaccurate account information, failed to ensure accurate disclosures and thereby violated provisions of the TILA.

Count IV – Negligence and Willful Noncompliance

20. Plaintiff re-alleges and incorporates paragraphs 1–19.

21. Experian negligently and willfully failed to comply with its duties under federal law, causing Plaintiff damages.

## V. DAMAGES

22. As a direct and proximate result of Experian's conduct, Plaintiff has suffered actual damages, including but not limited to: loss of credit, increased cost of credit, emotional distress, reputational harm, and loss of financial opportunities.

23. Plaintiff is entitled to statutory damages under the FCRA and FDCPA.

24. Plaintiff is entitled to punitive damages for Experian's willful violations.

25. Plaintiff seeks total damages in excess of $75,000, together with costs and attorney's fees.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in Plaintiff's favor and against Defendant as follows:

a. Declaring that Experian violated the FCRA, FDCPA, and TILA;

b. Ordering Experian to immediately correct or delete the inaccurate and incomplete information from Plaintiff's consumer reports;

c. Awarding Plaintiff actual, statutory, and punitive damages in an amount in excess of $75,000;

d. Awarding Plaintiff costs of suit, attorney's fees (if represented), and such other relief as the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff hereby demands trial by jury on all issues so triable.

9/4/25

Respectfully submitted,

Carroll Murray
8728 Hazelcroft Lane
Charlotte, NC 28269
(270) 341-2513
Pro Se Plaintiff